McWILLIAMS, Circuit Judge,
dissents, in part.
Youren’s claim under the Utah Whistle-blower Act was not filed in the United States District Court for the District of Utah within 180 days of her date of discharge. The majority holds that because the 180 day statute of limitations contained in the Utah Whistleblower Act was not set forth in the district court’s pre-trial order, the defendants thereby waived that particular defense to Youren’s claim based on the Act. Under the described circumstances set forth below, I disagree with the majority’s holding that as a matter of law the defendants waived that defense and I would remand with directions that the district court first consider and, after hearing, make the initial determination as to whether the defendants in fact waived the 180 day statute of limitations contained in the Act.
I agree that the 180 day statute of limitations in the Act was not mentioned in the pre-trial order, though it had been pled by the defendants in their answer. Notwithstanding, the 180 day statute of limitations was in fact a contested issue during the trial of the case and in post-trial motion. At trial, the defendants moved for a directed verdict on Youren’s Whistleblower claim on the grounds that Youren had failed to bring her action within the 180 day requirement. The district court denied defendants’ motion for directed verdict, stating that “I think these are basically legal issues, and if I need to decide some things after trial, I will.” On this particular matter, in denying defendants’ motion for judgment n.o.v., the district court ruled that because plaintiff filed a Notice of Claim with the Utah Attorney General and with the School District within 180 days from her date of discharge, there was compliance with the Act’s requirement that any claim under the Act may be filed with a court within 180 days from plaintiffs date of discharge. (I have doubt as to the correctness of the district court’s holding on this matter). The district court did not rule on the question of waiver. I would much prefer that under these circumstances the district court should first grapple with the statute of limitations issue.